# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re  Vernon L. White Sr.  
_____Debtor_____

Case No. <u>12-30644\DOT</u>

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

Name of Creditor: <u>JPMorgan Chase Bank, National Association</u>

Court Claim No. (if known): _____

Last four digits of any number you use to identify the debtor's account:  <u>9242</u>

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No  
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursement or any amounts previously itemized in a notice filed in the case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. Attorney fees | | (3) | $0.00 |
| 4. Filing fees and court costs | | (4) | $0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $150.00 |
| 6. Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. Property inspection fees | | (7) | $0.00 |
| 8. Tax advances (non-escrow) | | (8) | $0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. Property Preservation expenses. Specify:_____ | | (10) | $0.00 |
| 11. Suspense Balance | | (11) | -$0.00 |
| 12. Other. Specify: <u>Bankruptcy/Plan Review</u> | | (12) | $150.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of Power of Attorney, if any.)

I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

**x** _Christine Patterson_ (Signature)     Date: _8 May 2012_

| | | |
|---|---|---|
| **Print:** | CHRISTINE PATTERSON VSB#32957 | **Title** Attorney |
| | First Name  Middle Name  Last Name | |
| **Company** | Shapiro Brown & Alt, LLP | |
| **Address** | 236 Clearfield Avenue, Suite 215 | |
| | Number  Street | |
| | Virginia Beach, Virginia 23462 | |
| | City  State  ZIP Code | |
| **Contact phone** | (757) 687-8777 | **Email** _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: **8 May 2012**

Chapter 13 Trustee: ROBERT E. HYMAN

Trustee Address: P.O. BOX 1780, RICHMOND, VA 23218-1780

Debtor's Counsel Name: Robert B. Duke, JR.

Debtor's Counsel Address: 2800 N Parham Road #100, Richmond, VA 23294

Debtor Name: Vernon L. White, Sr.

Debtor's Mailing Address: 1907 ~~Regan~~ Reagan Road, Richmond, VA 23228

CHRISTINE PATTERSON, Esquire
VSB#32957
Law Offices of Shapiro Brown & Alt, LLP
236 Clearfield Avenue, Suite 215
Virginia Beach, Virginia 23462
(757) 687-8777

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.